# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2025
Lyle W. Cayce
Clerk

No. 25-60141

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

JARVIN SUMMERALL,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:22-CR-14-1
_____

UNPUBLISHED ORDER

Before STEWART, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED Appellee's motion to dismiss the case is GRANTED.

IT IS FURTHER ORDERED Appellee's alternative motion for summary affirmance is DENIED AS UNNECESSARY.